IN THE COURT OF CRIMINAL APPEALS OF TEXAS

Preston Dennard Massey

vs.          PD-0946-15

The State Of Texas

FILED
JUL 16 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 2015
Abel Acosta, Clerk

Appeal No. 07-14-00133-CR
Trial Cause No. 37,429-CR 40th
District Court Ellis County,
Texas

## MOTION To SUSPEND Rule 9.3(b)

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now, Preston Dennard Massey, pro se petitioner in the Above styled And numbered cause, moves this Court to grant this motion to suspend Rule 9.3(b) And in support will show the following:

1. Massey is indigent, incarcerated, Appears pro se And has no Access to copier, stapler, nor binding equipment.

2. The filing timetable would impose hardship on Massey were he has to hand write or copy quantities Required while also preparing copy for the State's lawyers.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant his Motion to Suspend Rule 9.3(b) And Allow him to proceed only with the original petition.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

Respectfully Submitted,

Preston Dennard Massey
Preston Dennard Massey
TDCJ No. 01921354
3872 F.M. 350 South
Livingston, Tx. 77351

## VERIFICATION

I PRESTON DENNARD MASSEY, by signature under penalty of perjury AVER my foregoing material statements.

## UNSWORN DECLARATION

I Preston D. Massey, pro se petitioner, being presently incarcerated in the Texas Department of Criminal Justice, Polk County, Texas, declare under penalty of perjury that the allegations presented here in this motion to suspend Rule 9.3(b) ARE true and correct.

Executed on This __17__ day of __June__ 20, __15__.

Preston D. Massey

PRESTON D. MASSEY
TDCJ No. 01921354